1    **Thomas P. Riley, SBN 194706**
     **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2    **First Library Square**
     **1114 Fremont Avenue**
3    **South Pasadena, CA 91030-3227**

4    **Tel:  626-799-9797**
     **Fax: 626-799-9795**
5    **TPRLAW@att.net**

6    **Attorneys for Plaintiff**
     **J & J Sports Productions, Inc.**
7

8                     **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
9                         **SAN FRANCISCO DIVISION**

10
     **J & J SPORTS PRODUCTIONS, INC.,**          |   **CASE NO. 3:11-cv-01161-WHA**
11
                                                  |
12                     **Plaintiff,**             |   **PLAINTIFF'S *EX PARTE***
                                                  |   **APPLICATION FOR AN ORDER**
13                          **v.**                |   **CONTINUING CASE MANAGEMENT**
                                                  |   **CONFERENCE; AND ORDER**
14   **DAVID CHOI, et al.**                       |   **(Proposed)**
15
                       **Defendants.**            |
16

17        **TO THE HONORABLE WILLIAM H. ALSUP, THE DEFENDANT/S AND THEIR**

18   **ATTORNEY/S OF RECORD:**

19
          Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case
20
     Management Conference presently set for June 23, 2011 at 3:00 PM.    As set forth below Plaintiff
21
     respectfully requests that the Court continue the Case Management Conference to a new date
22
     approximately Thirty (30) to Forty-Five (45) days forward.
23
          The request for the brief continuance is necessitated by the fact that Plaintiff has not yet
24
     perfected service of the initiating suit papers upon the Defendants David Choi a/k/a David K. Choi
25
     and Mark Tan a/k/a Mark L. Tan, individually and d/b/a d/b/a Mami King; and Rezette, Inc., an
26
     unknown business entity d/b/a Mami King.  As a result, Plaintiff's counsel has not conferred with the
27
     defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues
28
     involving the case itself or the preparation of a Case Management Conference Statement.

---

1    Plaintiff recently identified an alternative address that it believes will be successful to serve

2 its initiating suit papers, upon the Defendants.

3    **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case

4 Management Conference, presently scheduled for June 23, 2011 at 3:00 PM to a new date

5 approximately Thirty (30) to Forty-Five (45) days forward.

6

7

8                                              Respectfully submitted,

9

10

11

12 Dated: June 15, 2011                        */s/ Thomas P. Riley*
                                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
13                                             By: Thomas P. Riley
                                               Attorneys for Plaintiff
14                                             J & J Sports Productions, Inc.

15

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

2

## **ORDER** (Proposed)

3          It is hereby ordered that the Case Management Conference in civil action number 3:11-cv-01161-

4    WHA styled *J & J Sports Productions, Inc. v. David Choi, et al.*, is hereby continued from 3:00 PM,

5    June 23, 2011 to __July 21, 2011, at 3:00 p.m._____.

6          Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of

7    Service of this Order with the Clerk of the Court.

8          Please note there will be no further continuances.

9

10

11   **IT IS SO ORDERED**:

12

13

14   _____          Dated:_ June 16, 2011 ____ _____

15   **THE HONORABLE WILLIAM H. ALSUP**

     **United States District Court**

16   **Northern District of California**

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 15, 2011, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

David Choi a/k/a David K. Choi (Defendant)
4116 Dyer Street
Union City, CA 94587

Mark Tan a/k/a Mark L. Tan (Defendant)
4116 Dyer Street
Union City, CA 94587

Rezette, Inc. (Defendant)
4116 Dyer Street
Union City, CA 94587

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on June 15, 2011, at South Pasadena, California.

Dated:  June 15, 2011                          */s/ Maria Baird*
                                               **MARIA BAIRD**